GIBBROEK v. KIRKPATRICK. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Ada Gibbroek against George W. Kirkpatrick. No opinion.

Appeal dismissed, without costs, upon stipulation filed.